ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2010 APR 21 A 10: 28
CLERK J Burton

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| TERRY LAMAR BAKER, | ) |
| Plaintiff, | ) |
| v. | ) CV 309-022 |
| MARY ALSTON, Johnson State Prison, et al., | ) |
| Defendants. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendant Schoolcraft's motion to dismiss is **GRANTED**, and Defendant Schoolcraft is **DISMISSED** from this case.

SO ORDERED this ___ day of April, 2010, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE