ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2010 AUG 19 PM 1:44

CLERK C Adams
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| TERRY LAMAR BAKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 309-022 |
| | ) | |
| MARY ALSTON, Johnson State Prison, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's motion for summary judgment (doc. no 50) is **DENIED**, Defendants' motion for summary judgment (doc. no. 55) is **GRANTED**, judgment shall be **ENTERED** in favor of Defendants Alston, O'Neal, and Harden, and this civil action shall be **CLOSED**.

SO ORDERED this 19th day of August, 2010, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE